IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Jonathan Tobey, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 1:09cv1257 |
| | ) | (JCC/TCB) |
| National Action Financial Services, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

FILED
APR - 7 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

JUDGMENT BY THE CLERK

PURSUANT to Rule 68 of the Federal Rules of Civil Procedure, Judgment is hereby entered in favor of the plaintiff, Jonathan Tobey against the defendant, National Action Financial Services, Inc. in the amount of $1,001.00, plus reasonable costs, expenses and attorneys' fees as the Court may determine upon application. Dated at Alexandria, Virginia, this 7th day of April, 2010.

FERNANDO GALINDO, CLERK

By: _____
Deputy Clerk